464 A.2d 544

Henderson etc., et al. v. State Farm Ins. Co., Appellant.

Argued March 22, 1983.  Michael T. Dolan, for appellant;  Richard B. Schwartz, for appellees.

Before HESTER, JOHNSON and POPOVICH, JJ.

Order is affirmed.

632

POPOVICH, J., filed a memorandum concurring statement.

HESTER, J., filed a memorandum dissenting opinion.